# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00812-CV

**Austin Radiological Association, John Neal Rutledge, M.D. and David Jay Feldman, M.D., Appellants**

**v.**

**Esmeralda Guerrero Gonzalez and Robert A. Gonzalez, Individually and as Next Friends of R. A. G., J. A. G., J. C. G., R. J. G., V. E. G., and M. R. G., Minors, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. GN104180, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Austin Radiological Association, John Neal Rutledge, M.D., and David Jay Feldman, M.D., no longer wish to pursue their appeal and have filed an unopposed motion to dismiss their appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellants' Motion

Filed:  August 2, 2005